■ COLONIAL PIPELINE COMPANY, Appellant, v STATE BOARD OF EQUALIZATION AND ASSESSMENT OF THE STATE OF NEW YORK et al., Respondents.—In a proceeding to review the special franchise assessments on petitioner's underwater pipelines for the tax years 1970-1971 through 1973-1974, petitioner appeals from an order of the Supreme Court, Richmond County, dated May 12, 1975, which, *inter alia,* (1) granted the motion of the respondent City of New York for summary judgment and held as a matter of law that petitioner's underwater pipeline was properly assessed as a special franchise for the tax years in question and (2) denied petitioner's cross motion for annulment of the special franchise assessment. Order affirmed, with one bill of $50 costs and disbursements jointly to respondents. The record amply sustains the determination made. Cohalan, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur. [81 Misc 2d 696.]